IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ERIC McCULLOUGH,            )
                            )
     Plaintiff,             )
                            )      CIVIL ACTION NO.
     v.                     )        2:22cv373-MHT
                            )            (WO)
MR. POOL, INC., and         )
RYAN WILLIAMS,              )
                            )
     Defendants.            )
```

## ORDER

Based on the representations made on the record on December 1, 2022, it is ORDERED that, by December 16, 2022, the parties shall file briefs (or a joint brief) addressing whether the court can approve the proposed settlement given the confidentiality provision.  In the brief(s), the parties shall (1) address this court's opinions in *Hogan v. Allstate Beverage Co.*, 821 F. Supp. 2d 1274, 1283 (M.D. Ala. 2011), and *Stalnaker v. Novar Corp.*, 293 F. Supp. 2d 1260 (M.D. Ala. 2003);[*] (2)

---

[*] See also *Dees v. Hydradry, Inc.*, 706 F. Supp. 2d 1227 (M.D. Fla. 2010) (Merryday, J.); *Briggins v.*

**cite and discuss caselaw supporting their request for a confidential settlement; and (3) either (a) file, under seal, a copy of the proposed settlement agreement so that the court can consider all terms of the agreement, or (b) quote in the brief all terms from the settlement agreement that have any bearing on confidentiality and on potential penalties for violating confidentiality.**

**DONE, this the 9th day of December, 2022.**

            /s/ Myron H. Thompson
            UNITED STATES DISTRICT JUDGE

---

*Elwood TRI, Inc.*, 3 F. Supp. 3d 1277, 1280 (N.D. Ala. 2014) (Bowdre, J.).