IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ERIC McCULLOUGH,              )
                              )
    Plaintiff,                )
                              )
    v.                        )    CIVIL ACTION NO.
                              )     2:22cv373-MHT
                              )         (WO)
MR. POOL, INC., and           )
RYAN WILLIAMS,                )
                              )
    Defendants.               )
```

**JUDGMENT**

Upon consideration of the joint motion to dismiss (Doc. 26), it is ORDERED that the motion is granted, and this lawsuit is dismissed in its entirety with prejudice, with each party to bear his/its own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 22nd day of March, 2023.

                                      /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**